```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor
```

FILED
MAY 1 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>LINDA POTTER<br><br><br>          Debtor | Chapter 13<br><br>Case No. 05-54294 CN<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

The final dividend to Creditor, PORTFOLIO ACQUISITIONS LLC in the above entitled matter was returned marked: CREDITOR DID NOT FILE AN ADDRESS CHANGE WITH THE COURT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $11.21 as an unclaimed dividend.

```
Claim # 21     PORTFOLIO ACQUISITIONS LLC
               P O BOX 947
               BROOKFIELD, WI  53008-0947
```

Dated: May 14, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

October 8, 2009

OSI Collection Services Inc
P O Box 4918
Trenton, NJ 08650-4918

RE: Potter, Linda
Chapter 13 No: 05-5-4294MM

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and will no longer be sending disbursements on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. A completed original must be sent directly to the United States Bankruptcy Court.

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

PORTFOLIO ACQUISITIONS LLC
P O BOX 947
BROOKFIELD, WI 53008-0947

**RECEIVED**
SEP 23 2009
Devin Derham-Burk
Trustee, Chapter 13

OSI-947  5300810024 1508 11 09/15/09
FORWARD TIME EXP  RTN TO SEND
:OSI COLLECTION SERVICES INC
PO BOX 4918
TRENTON NJ 08650-4918

RETURN TO SENDER



UNITED STATES POSTAGE
02 1A
0004366326
MAILED FROM ZIPCODE 95032
$ 00.44°
SEP 10 2009

Case: 05-54294   Doc# 36   Filed: 05/17/10   Entered: 05/25/10 12:24:32   Page 3 of 3